# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 12-197 consolidated with 12-196

**STATE IN THE INTEREST OF R.C.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. J-1932-2010 DIV. B
HONORABLE JOHN C. FORD, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

## MARC T. AMY
### JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Oswald A. Decuir and Marc T. Amy, Judges.

**AFFIRMED.**

**Robert J. Elliott**
**State of Louisiana**
**Department of Children and Family Services**
**Post Office Box 832**
**Alexandria, LA   71309-0832**
**(318) 487-5218**
**COUNSEL FOR APPELLEE:**
     **State of Louisiana, Department of Children and Family Services**

**Guy R. Smith**
**Post Office Box 1769**
**Leesville, LA   71496**
**(337) 238-3558**
**COUNSEL FOR APPELLEE:**
     **L. E. (Father)**

**Lisa K. Nelson**
**Williams & Nelson**
**Post Office Drawer 1810**
**Leesville, LA   71496-1810**
**(337) 238-4704**
**COUNSEL FOR APPELLANT:**
     **M. E. (Mother)**

**Ronald K. Seastrunk**
**Post Office Box 1188**
**Leesville, LA   71496**
**(337) 239-2008**
**COUNSEL FOR APPELLEE:**
**State of Louisiana, Office of District Attorney**

**Bradley O'Neal Hicks**
**Dowden & Hicks**
**116 East Lula Street**
**Leesville, LA   71446**
**(337) 238-2800**
**COUNSEL FOR APPELLEE:**
**Unknown Father**

**Heather Cooley**
**Acadiana Legal Services**
**Post Office Box 832**
**Alexandria, LA   71309-0832**
**(318) 487-5218**
**COUNSEL FOR APPELLEES:**
**R. E. (child)**
**R. C. (child)**

**AMY, Judge.**

For the reasons provided in the companion case, *State in the Interest of R.E. & R.C.*, 12-196 (La.App. 3 Cir. _/_/12), _ So.3d _, we affirm the trial court's judgment of termination of parental rights to the minor child, R.C. (II). We further affirm the trial court's certification of R.C. (II) as eligible for adoption. Costs of this proceeding are assigned to the appellant, M.E.

**AFFIRMED.**